**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7272**

ROBERT WILKINS,

        Plaintiff - Appellant,

    v.

DAVID SHAW, Administrator; JAMES MCVIGOR, Sheriff; PHIL CORBETT, Chief; ELAINE TANSKI, Nurse,

        Defendants - Appellees,

    and

UNITED STATES MARSHALS,

        Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:20-ct-03031-D)

Submitted: February 17, 2022                  Decided: February 22, 2022

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Wilkins, Appellant Pro Se. James R. Morgan, Jr., WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; Christina Jansen Banfield, HARRIS,

CREECH, WARD & BLACKERBY, New Bern, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Wilkins appeals the district court's order granting summary judgment in favor of four individually named defendants in his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilkins v. Shaw*, No. 5:20-ct-03031-D (E.D.N.C. Aug. 20, 2021). We grant Wilkins' motion to amend in part, insofar as he seeks to supplement the arguments in his informal brief, but deny the motion to amend in part, insofar as Wilkins seeks substantive relief from the district court's order. We deny Wilkins' request for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*